■ FLORENCE J. PENA, Respondent, v CITY OF NEW YORK, Defendant, and NEW YORK CITY HOUSING AUTHORITY, Defendant and Third-Party Plaintiff-Appellant. R.D. MORTMAN & CO., INC., et al., Third-Party Defendants-Respondents. [635 NYS2d 10] —Order, Supreme Court, New York County (Walter Tolub, J.), entered March 10, 1995, which granted third-party defendants' motion to sever the third-party action, unanimously affirmed, without costs.

Severance of the third-party action was a proper exercise of discretion under CPLR 1010 in view of the prejudice caused by the third-party plaintiff's disclosure delays (*see, Blechman v Peiser's & Sons*, 186 AD2d 50, 51-52), notwithstanding the desirability of trying these cases together. Third-party plaintiff's noncompliance with the prior order denying a severance negated any law of the case effect that that order might have had

(*see*, *Kaplan v Einy*, 209 AD2d 248, 252). Concur—Rosenberger, J. P., Ellerin, Rubin, Asch and Nardelli, JJ.